PD-0758-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/24/2015 3:39:52 PM
Accepted 9/24/2015 4:29:17 PM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

| | | |
|---|---|---|
| DEWAN DONELL MORGAN, APPELLEE, | § § § | |
| vs. | § § | NO. PD-0758-15 |
| THE STATE OF TEXAS, APPELLANT. | § § § § | |

FILED IN
COURT OF CRIMINAL APPEALS

September 25, 2015

ABEL ACOSTA, CLERK

## APPELLEE'S MOTION TO WITHDRAW AND SUBSTITUTE APPOINTED COUNSEL

**TO THE HONORABLE COURT OF CRIMINAL APPEALS:**

**NOW COMES**, J. Stanley Goodwin, Attorney for Appellee, Dewan Donell Morgan, and respectfully files this Motion to Withdraw and Substitute Appointed Counsel, and in support thereof shows:

### I.

J. Stanley Goodwin was appointed by the trial court as Attorney for Defendant on appeal.

### II.

The Court of Appeals for the Second District of Texas in Fort Worth reversed Defendant's burglary conviction and entered a judgment convicting Defendant of a lesser included offense of assault.

## III.

The Court of Criminal Appeals of Texas granted the State's Petition for Discretionary Review on September 16, 2015.

## IV.

J. Stanley Goodwin filed a Motion to Substitute Appointed Counsel (see attached, Exhibit A). The trial court appointed Christopher Abel to represent Defendant in this matter.

## V.

Christopher Abel's address is: 2609 Sagebrush Drive, Suite 202, Flower Mound, Texas 75028; phone number: 972.584.7837; facsimile: 972.947.3813; email: chris@flowermoundcriminaldefense.com; Texas Bar No.: 24043516.

**WHEREFORE, PREMISES CONSIDERED**, the Appellee respectfully requests that the Court permit J. Stanley Goodwin to withdraw as attorney of record and allow Christopher Abel to substitute in as attorney for Appellee.

Respectfully submitted,

J. Stanley Goodwin
TBN 08178958
303 North Carroll, Suite 234
Denton, Texas 76201
940.382.8181
stang0512@gmail.com

Acknowledging receipt of appointment,

Christopher Abel
TBN 24043516
2609 Sagebrush Drive, Suite 202
Flower Mound, Texas 75028
972.584.7837
972.947.3813 (facsimile)
chris@flowermoundcriminaldefense.com

## CERTIFICATE OF SERVICE

A copy of the Appellee's Motion to Withdraw and Substitute Appointed Counsel was hand delivered to Christopher Abel at 2609 Sagebrush Drive, Suite 202, Flower Mound, Texas 75028, and also hand delivered to the Denton County District Attorney's Office on this the __24__ day of September, 2015.

_____
J. Stanley Goodwin

# EXHIBIT A

NO. F-2013-1704-D

FILED

2015 SEP 18 PM 2: 17

SHERRI ADELSTEIN
DISTRICT CLERK DENTON COUNTY

STATE OF TEXAS

VS.

DEWAN DONELL MORGAN

IN THE DISTRICT COURT

362ND JUDICIAL DISTRICT

DENTON COUNTY, TEXAS

## MOTION TO SUBSTITUTE APPOINTED COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes J. STANLEY GOODWIN, Attorney for the Defendant, **DEWAN DONELL MORGAN**, and respectfully files this Motion to Substitute appointed counsel and in support thereof shows:

I.

J. Stanley Goodwin was appointed by the court as Defendant's attorney on appeal.

II.

On May 28, 2015 the Court of Appeals for the Second District of Texas in FortWorth reversed defendant's burglary conviction and entered judgment convicting defendant of the lesser included offense of assault.

III.

On September 16, 2015, the Court of Criminal Appeals granted the State's Petition for Discretionary Review.

IV.

Because of other commitments, undersigned counsel will not have adequate time time to devote to the writing of the defendant's brief and oral argument in the instantcase.

V.

The defendant has agreed to this motion as is shown by his signature below.

**WHEREFORE, PREMISES CONSIDERED,** Attorney for the defendant prays that the Court grant this motion and appoint another attorney to represent the defendant herein.

AGREED:                                                    Respectfully submitted,

_____                    _____
DEFENDANT                                            J. STANLEY GOODWIN
                                                              303 N. Carroll, Suite 234
                                                              Denton, TX 76201
                                                              940-382-8181
                                                              stang0512@gmail.com
                                                              State Bar No. 08178985
                                                              Attorney for the Defendant


## CERTIFICATE OF SERVICE

This is to certify that on September 18, 2015, a true and correct copy of the above and foregoing document was personally served on the Denton County District Attorney's Office and on the defendant, Dewan Morgan.

_____
J. STANLEY GOODWIN

NO. F-2013-1704-D

FILED
2015 SEP 18 PM 2: 17
SHERRI ADELSTEIN
DISTRICT CLERK DENTON CO., TX
BY_____

STATE OF TEXAS                          IN THE DISTRICT COURT

VS.                                     362ND JUDICIAL DISTRICT

DEWAN DONELL MORGAN                     DENTON COUNTY, TEXAS

## ORDER

CAME ON for hearing on the ___18___ day of September 2015, and the Court being

of the opinion that same should be GRANTED/DENIED,

IT IS THEREFORE ORDERED that J. Stanley Goodwin be and is hereby allowed

to withdraw as Attorney for the Defendant.

IT IS FURTHER ORDERED that ___Chris Abel___, a duly licensed

attorney in the State of Texas be and is hereby appointed to represent the defendant.

_____
JUDGE PRESIDING

CERTIFIED A TRUE AND CORRECT COPY
OF THE RECORD ON FILE IN MY OFFICE
SHERRI ADELSTEIN
DENTON COUNTY CLERK
9/19/15  By:_____
Date                    Deputy Clerk